**SOCIETY CREATED TO REDUCE URBAN BLIGHT (SCRUB), Mary Cawley Tracy, Wynnefield Heights Civic Association, Belmont Village Community Association, and George David, Jr.**

v.

**ZONING BOARD OF ADJUSTMENT OF the CITY OF PHILADELPHIA, The City of Philadelphia, and Patrick B. Gillespie, Jr./Shannon Outdoor, LLC.**

**Petition of Society Created to Reduce Urban Blight(SCRUB), Mary Cawley Tracy, Wynnefield Heights Civic Association and Belmont Village Community Association.**

Supreme Court of Pennsylvania.

July 14, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 14th day of July, 2008, the Petition for Allowance of Appeal is GRANTED. The issue, rephrased for clarity, is:

Did the Commonwealth Court err in denying standing to Petitioners in this Philadelphia Zoning Appeal by holding that 53 P.S. § 13131.1 eliminated taxpayer standing in Philadelphia zoning appeals and preempted Philadelphia Zoning Ordinance 14–1807, which allowed taxpayer standing?